B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: Larry & Shannon Mitchell          Case No. 11-81639
        Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before 5-6-11

$ 74.75 on or before 6-6-11

$ 74.75 on or before 7-6-11

$ 74.75 on or before 8-8-11

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
                                                (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: APR 22 2011

BY THE COURT:

United States Bankruptcy Judge

# CERTIFICATE OF SERVICE

In re:

LARRY D.MITCHELL, SR.
SHANNON E.. MITCHELL

Case No. 11-81639

    I certify that on April 22 2011, I caused a copy of the attached **Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(**) to the following:

**Larry D. Mitchell, Sr.**\*\*
**Shannon E. Mitchell**   \*\*
526 E. Madison Street
Freeport, IL 61032

**George P Hampilos**
Hampilos & Langley, Ltd.
308 West State Street
Suite 210
Rockford, IL 61101

**Stephen G Balsley**
Barrick, Switzer, Long, Balsley, etal
6833 Stalter Drive
Rockford, IL 61108

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715


                                                    */s/ Mimi Kuczynski*
                                                  Mimi Kuczynski, Courtroom Deputy